1

2

3

4

5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

BRANDON CHE LEE,                              )
                                               )
8

       Plaintiff,                          )
                                               )
9

       v.                                  )        2:16-cv-01971-APG-CWH
                                               )
10

TO BE NAMED,                                   )        **ORDER**
                                               )
11

       Defendant.                          )
                                               )
12

_____  )

13

**I.    DISCUSSION**

14

       On August 17, 2016, Plaintiff, a prisoner in the custody of the U.S. Bureau of

15

Prisons ("BOP"), submitted a civil rights complaint pursuant to *Bivens*.  (ECF No. 1-1).

16

Plaintiff did not file an application to proceed *in forma pauperis*.  (*See* ECF No. 1).  On

17

August 24, 2016, this Court issued an order directing Plaintiff, within thirty (30) days of that

18

order, to:  (1) file a fully complete application to proceed *in forma pauperis*, on the correct

19

form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2)

20

pay the full $400 fee for filing a civil action (which included the $350 filing fee and the $50

21

administrative fee).  (ECF No. 3 at 2).  On September 20, 2016, Plaintiff stated that he was

22

having difficulties obtaining a copy of his prison trust account.  (ECF No. 7-1 at 1).  Plaintiff

23

is currently incarcerated at the U.S. Penitentiary in Atlanta, Georgia.  (*Id.*).

24

       Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete

25

an application to proceed *in forma pauperis* and attach both an inmate account statement

26

for the past six months and a properly executed financial certificate.  Plaintiff has not

27

submitted an application, a properly executed financial certificate, or an inmate account

28

statement to this Court.  Plaintiff will be granted an extension of time to file of his

1  application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this

2  action.  If Plaintiff chooses to file an application to proceed *in forma pauperis,* he must file a

3  fully complete application to proceed *in forma pauperis*.

4        If, however, Plaintiff continues to have difficulty obtaining a financial certificate and

5  an inmate account statement from prison officials, Plaintiff shall file an affidavit in this case

6  detailing when he requested the documents, who he spoke to about the status of the

7  documents, who he followed up with after he did not receive the documents, and their

8  responses.  In other words, if Plaintiff is unable to acquire the necessary documents from

9  prison officials, he must provide the Court with an affidavit that demonstrates that he has

10  done all that he could to acquire the documents by the Court's deadline.  Plaintiff's affidavit

11  should include dates of his requests, dates of his follow-up requests, names of the prison

12  officials that he spoke to about the matter, and their responses.  If Plaintiff's affidavit

13  demonstrates that he has done all that was possible to acquire the documents, the Court

14  will consider his application to proceed *in forma pauperis* complete.[1]

15  **II.      CONCLUSION**

16        For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL

17  SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner,

18  as well as the document entitled information and instructions for filing an *in forma pauperis*

19  application.

20        IT IS FURTHER ORDERED that **on or before Friday, November 4, 2016**, Plaintiff

21  shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct

22  form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) file

23  an affidavit detailing the efforts he took to acquire a financial certificate and an inmate

24  account statement from prison officials.  If Plaintiff chooses to file an affidavit, his affidavit

25  must describe the actions he took to acquire the documents through Friday, October 28,

26  2016.  Plaintiff shall not file an affidavit before that date.  Additionally, Plaintiff must submit

27

28        [1] Plaintiff must still submit an application to proceed *in forma pauperis* with his affidavit.

2

1  an application to proceed *in forma pauperis* to this Court even if he is unable to acquire the

2  necessary attachments from prison officials.

3       IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,

4  dismissal of this action may result.

5

6       DATED: October 4, 2016.

7

8                                                   _____
                                                    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3